UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NANCY SPENCER,                        )
      Plaintiff                )
                                )
            v.              )   C.A. No. 12-cv-12008-MAP
                                )
1561 COLD SPRING ROAD OPERATING )
COMPANY, ET AL.,                      )
      Defendants                )

MEMORANDUM AND ORDER REGARDING
DEFENDANT STEVEN VERA'S MOTION TO DISMISS
(Dkt. No. 6)

February 22, 2013

PONSOR, U.S.D.J.

Counsel appeared for argument on Defendant Steven Vera's Motion to Dismiss on February 21, 2013.  Following argument, the court denied the motion from the bench and set forth its reasons.  In essence, no authority holds, or suggests, that the mere failure of a plaintiff to provide a correct address for a named defendant in an administrative proceeding, with the result that the defendant is not aware of the administrative proceeding, creates a defect in subject matter jurisdiction in the subsequent litigation. Cases in the state court involving 151B and other cases in federal courts involving Title VII strongly suggest the contrary.  Although Defendant's counsel suggests that it is rare, it certainly happens that named defendants in

administrative proceedings never even learn of the existence of the administrative proceedings until they find themselves facing a lawsuit in state superior court or federal court. In the end, it is the job of the MCAD, and not the plaintiff, to ensure that a defendant is properly served in the administrative proceeding.  Here, if the MCAD had been scrupulous, it would not have been difficult to locate and serve Defendant Vera.  The agency's failure to do this should not redound to the detriment of Plaintiff.

For these reasons, set forth in more detail orally, the Motion to Dismiss (Dkt. No.  6) was DENIED.

It is So Ordered.


                                   /s/ Michael A. Ponsor
                                   MICHAEL A. PONSOR
                                   U. S. District Judge